```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MANNY PASTREICH,                                    :
                                                    :
                          Plaintiff,                :
                                                    :          1:23-cv-7509-GHW
          -against-                                 :
                                                    :          ORDER
ACE MAINTENANCE & SERVICE, INC.,                    :
                                                    :
                          Defendant.                :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On September 15, 2023 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than September 29, 2023. Dkt. No. 7. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's September 15, 2023 order forthwith, and in no event later than October 6, 2023.

SO ORDERED.

Dated: October 2, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge