**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MANNY PASTREICH, *as Trustees, and the Trustees*
*of the Trustees of the Building Service 32BJ*
*Health Fund*,

                             Plaintiff,

                -against-

ACE MAINTENANCE & SERVICE, INC.,

                           Defendant.
------------------------------------------------------------------X

                                   **ORDER**

                             **23-cv-7509 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

        This action is scheduled for an Initial Case Management Telephone Conference in accordance with Rule 16(b) of the Federal Rules of Civil Procedure on **November 16, 2023 at 10:30am**.  This Court has not received a proposed case management plan in accordance with the Court's prior order at Dkt. No. 12.  The Parties are directed to comply with their obligations and submit a proposed case management plan on ECF by **November 14, 2023 at 5:00pm**.

        SO ORDERED.

DATED:     New York, New York
             November 13, 2023

                                 *Jennifer E. Willis*
                               JENNIFER E. WILLIS
                            United States Magistrate Judge